

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2022

No. 04-22-00274-CR

Craig Jamar **PETERSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10665
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On May 10, 2022, the district clerk filed a copy of the clerk's record, which contains the trial court's certification, stating this "is a plea-bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." We therefore **ORDER** the district clerk to file, **by May 20, 2022**, an electronic clerk's record containing the following documents:

1.    All pre-trial orders and the related pre-trial motions;

2.    The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3.    The judgment;

4.    All post-judgment motions and orders;

5.    The notice of appeal;

6.    The Trial Court's Certification of Defendant's Right of Appeal; and

7.    The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court.

_____
Rebeca C. Martinez, Chief Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court